UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
ANTHONY SPEARMAN,

                    Plaintiff,

       -against-

RONALD MONTAS (Shield No. 6330) and
JOHN and JANE DOE 1 through 10, individually
and in their official capacities (the names John and
Jane Doe being fictitious, as the true names are
presently unknown),

                    Defendants.
-------------------------------------------------------------------- x

**COMPLAINT**

**CV 12- 5312**

Jury Trial Demanded

WEINSTEIN, J.

SCANLON, M.J.

## NATURE OF THE ACTION

1. This is an action to recover money damages arising out of the violation of plaintiff's rights under the Constitution.

## JURISDICTION AND VENUE

2. This action is brought pursuant to 42 U.S.C. §§ 1983 and 1988, and the Fourth and Fourteenth Amendments to the Constitution of the United States.

3. The jurisdiction of this Court is predicated upon 28 U.S.C. §§ 1331, 1343 and 1367(a).

4. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 (b) and (c).

## JURY DEMAND

5. Plaintiff demands a trial by jury in this action.

11. At all times relevant herein, all individual defendants were acting under color of state law.

## STATEMENT OF FACTS

12. At approximately 6:30 a.m. on March 29, 2012, plaintiff was lawfully within his girlfriend's rented room located at 330 Dumont Avenue, Apt 16G in Brooklyn, NY.

13. Plaintiff and his girlfriend were the only two people within her bedroom at that time. There was a lock on the bedroom door.

14. Plaintiff and his girlfriend heard loud banging on the bedroom door and plaintiff opened the door to see what was going on.

15. Police, including the defendants, dressed in riot gear with large guns and Kevlar vests, burst into the room.

16. Defendants ordered plaintiff to get down to the ground and he complied.

17. Despite the fact that defendants recovered no contraband from the room, and had no other probable cause to arrest plaintiff, they placed him in handcuffs and under arrest.

18. Plaintiff was eventually taken to the police precinct.

19. At the precinct the officers falsely informed employees of the Kings County District Attorney's Office that they had observed plaintiff in possession of

cocaine, a weapon and marijuana. At no point did the officers observe plaintiff possess any contraband.

20. Approximately 6:30 a.m. on March 30, 2012, plaintiff was taken to Brooklyn Central Booking.

21. From Brooklyn Central Bookings plaintiff was transported to Manhattan Central Bookings.

22. On the afternoon of March 30, 2012 plaintiff was arraigned in New York County Criminal Court, and bail was set.

23. Plaintiff was remanded to the custody of the New York City Department of Correction where he remained for one week before he was released.

24. Plaintiff appeared in criminal court several times before his case was dismissed on October 3, 2012.

25. Plaintiff suffered damage as a result of defendants' actions. Plaintiff was deprived of his liberty, suffered emotional distress, mental anguish, fear, pain, bodily injury, anxiety, embarrassment, humiliation, and damage to his reputation.

## FIRST CLAIM
### 42 U.S.C. § 1983

26. Plaintiffs repeat and re-allege each and every allegation as if fully set forth herein.

27. Defendants, by their conduct toward plaintiffs alleged herein, violated plaintiffs' rights guaranteed by 42 U.S.C. § 1983, the Fourth, Fifth and Fourteenth Amendments to the Constitution of the United States.

28. As a direct and proximate result of this unlawful conduct, Plaintiffs sustained the damages hereinbefore alleged.

## SECOND CLAIM
### False Arrest

29. Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

30. Defendants violated the Fourth and Fourteenth Amendments because they arrested plaintiff without probable cause.

31. As a direct and proximate result of this unlawful conduct, Plaintiff sustained the damages hereinbefore alleged.

## THIRD CLAIM
### Malicious Prosecution

32. Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

33. By their conduct, as described herein, and acting under color of state law, defendants are liable to plaintiff under 42 U.S.C. § 1983 for the violation of his

constitutional right to be free from malicious prosecution under the Fourth and Fourteenth Amendments to the United States Constitution.

34. Defendants' unlawful actions were done willfully, knowingly, with malice and with the specific intent to deprive plaintiff of his constitutional rights. The prosecution by defendants of plaintiff constituted malicious prosecution in that there was no basis for the plaintiff's arrest, yet defendants continued with the prosecution, which was resolved in plaintiff's favor.

35. As a direct and proximate result of defendants' unlawful actions, plaintiffs have suffered, and will continue to suffer, damages, including physical, mental and emotional injury and pain, mental anguish, suffering, humiliation, embarrassment and loss of reputation.

## FOURTH CLAIM
### Failure To Intervene

36. Plaintiff repeats and realleges each and every allegation as if fully set forth herein.

37. Those defendants that were present but did not actively participate in the aforementioned unlawful conduct observed such conduct, had an opportunity prevent such conduct, had a duty to intervene and prevent such conduct and failed to intervene.

38. Accordingly, the defendants who failed to intervene violated the First, Fourth, Fifth And Fourteenth Amendments.

39. As a direct and proximate result of this unlawful conduct, Plaintiff sustained the damages hereinbefore alleged.

## PRAYER FOR RELIEF

**WHEREFORE**, plaintiff respectfully requests judgment against defendants as follows:

(a) Compensatory damages against all defendants, jointly and severally;

(b) Punitive damages against the individual defendants, jointly and severally;

(c) Reasonable attorneys' fees and costs pursuant to 28 U.S.C. § 1988; and

(d) Such other and further relief as this Court deems just and proper.

DATED:   October 22, 2012
         New York, New York

_____
Robert Marinelli
305 Broadway, 14th Floor
New York, New York 10007
(212) 323-6880

*Attorney for plaintiff*